# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RADCHENKO, an individual, and AKSANA NAVUMENKA, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:25-cv-09183-MWC-SSC<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT (Dkt. 15)**<br><br>**JS-6** |

     Having considered the parties' joint stipulation to remand this case to state court (Dkt. # 15) and finding good cause therefor, the Court hereby **REMANDS** the case to the Superior Court of the State of California for the County of Los Angeles. Accordingly, Plaintiffs' Motion to Remand (Dkt. # 14) is denied as **MOOT**. This Order closes the case.

     **IT IS SO ORDERED.**

Date: November 5, 2025

_____
HON. JUDGE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT COURT

---

**ORDER**